MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SEAN C. CENAWOOD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2705



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA and the States :
of ARKANSAS, CALIFORNIA, DELAWARE, :
FLORIDA, HAWAII, INDIANA, ILLINOIS, :
LOUISIANA, MASSACHUSETTS, NEVADA, :
NEW HAMPSHIRE, NEW MEXICO, :
TENNESSEE, TEXAS, UTAH and VIRGINIA, :
and the DISTRICT OF COLUMBIA ex rel. :
JOSEPH PIACENTILE, :
:
                Plaintiffs, :
: UNSEALING ORDER
     - against - :
: 05 Civ. 9811 (LAP)
SCHERING-PLOUGH CORP., :
:
                Defendant. :
------------------------------------------------------------x

       The United States having declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the allegations in the complaint filed by the relator Joseph Piacentile (the "relator"), the Court rules as follows:

       IT IS ORDERED that,

       1.     The complaint shall be unsealed, and service upon defendant by the relator is authorized.

2. The Government's Notice of Election to Decline Intervention With Respect to the Relator's Complaint shall be served by the relator upon defendant only after service of the complaint.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this matter, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any transcripts of depositions. The United States may seek to intervene with respect to the allegations in the relator's complaint, for good cause, at any time.

5. All orders of this Court in this matter shall be sent to the United States by relator.

6. Should the relator or the defendant propose that the complaint or any of its allegations be dismissed, settled, or otherwise discontinued, or that the defendant be dismissed from the case, the parties must solicit the written consent of the United States before applying for Court approval.

SO ORDERED

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2007