```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Joseph Piacentile, M.D.

v.

Schering-Plough
Corporation

-------------------------------------------------------X

05 CV 9811 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than June 13, 2008 of the status of this action.

SO ORDERED:

Dated: June 3, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

orderstatus