USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA and the States of ARKANSAS, CALIFORNIA, DELAWARE, FLORIDA, HAWAII, INDIANA, ILLINOIS, LOUISIANA, MASSACHUSETTS, NEVADA, NEW HAMPSHIRE, NEW MEXICO, TENNESSEE, TEXAS, UTAH and VIRGINIA, and the DISTRICT OF COLUMBIA *EX REL.* JOSEPH PIACENTILE,

Plaintiffs,

v.

SCHERING-PLOUGH CORP.,

Defendant.

FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)

No. 05 Civ. 9811 (LAP)

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Joseph M. Piacentile ("Relator"), on behalf of the United States of America, and the states of Arkansas, California, Delaware, District of Columbia, Florida, Hawaii, Indiana, Illinois, Louisiana, Massachusetts, Nevada, New Hampshire, New Mexico, Tennessee, Texas, Utah, and Virginia (collectively, "Plaintiffs") hereby enters this Notice of Voluntary Dismissal Without Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The United States does not oppose dismissal.

Dated: September 25, 2007

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.
June 16, 2008

Respectfully submitted,

By: _____

Kirk E. Chapman, Esq. (KC-7371)
Ross B. Brooks, Esq. (RB-9431)
**MILBERG WEISS LLP**
One Pennsylvania Plaza

2

New York, NY 10119
Phone: 212-594-5300
Fax: 212-868-1229
kchapman@milbergweiss.com
rbrooks@milbergweiss.com

*Attorneys for Plaintiff-Relator Joseph Piacentile*

3